UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN E. PIERCE,

    Petitioner,                      CASE NO. 2:21-CV-13018

v.                                HONORABLE NANCY G EDMUNDS

MICHAEL BURGESS,

    Respondent.
_____/

**JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on July 24, 2023:

    (1) The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

    (2) A Certificate of Appealability is DENIED.

    (3) Petitioner is denied leave to proceed *in forma pauperis*.

Dated at Detroit, Michigan, this 24th, day of July, 2023.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT

APPROVED:                          BY:  s/ L. Bartlett
                                                          DEPUTY CLERK

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
U. S. DISTRICT JUDGE